Schoonover and Wife *v.* Bennett.

*Williamson & Daggy,* for the appellee.

———————— ◆◆ ————————

SCHOONOVER and Wife *v.* BENNETT.

The Court of Common Pleas has jurisdiction over 1,000 dollars.

APPEAL from the *White* Common Pleas.

*Per Curiam.*—The only question presented in this case is whether the Common Pleas has jurisdiction in amounts exceeding 1,000 dollars. It has.

The judgment is affirmed with 1 per cent. damages and costs.

*Rand & Hall*, for the appellants.

*G. O. Behm*, for the appellee.